**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-248 |
| | § | |
| OKECHUKWU OFOEGBU | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 28). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 24, 2012 |
| Responses are to be filed by: | October 1, 2012 |
| Pretrial conference is reset to: | **October 9, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 15, 2012 at 9:00 a.m.** |

SIGNED on June 15, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge